IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MEC, INC. doing business as THE PONY**                        **PLAINTIFF**

**V.**                        **CIVIL ACTION NO. 1:16CV151-GHD-RP**

**LOWNDES COUNTY BOARD**
**OF SUPERVISORS, et al.**                        **DEFENDANTS**

### SHOW CAUSE ORDER

Plaintiff filed his Complaint on August 15, 2016. Docket 1. However, since it initiated litigation, plaintiff has taken no action in this case. He has not served defendants pursuant to Federal Rule of Civil Procedure 4(m) which dictates "[if] a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Accordingly, the plaintiff is hereby

**ORDERED**

**to show cause why its case should not be dismissed pursuant to Rule 4(m) no later than December 5, 2016. If plaintiff fails to respond to this order, this case will be dismissed by the court.**

This, the 21st day of November, 2016.

                                                    /s/ Roy Percy
                                                    UNITED STATES MAGISTRATE JUDGE