IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

**MEC, INC. d/b/a THE PONY**                                  **PLAINTIFF**

**VERSUS**                                      **CIVIL NO.: 1:16CV151-GHD-RP**

**LOWNDES COUNTY BOARD
OF SUPERVISORS; ET AL.**

                                                             **DEFENDANTS**

## PLAINTIFF'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER

COMES NOW, Plaintiff, MEC, INC d/b/a THE PONY, respectfully request files this his response to the Court's Show Cause Order and would state in support thereof that the Plaintiff requires additional time to-wit:

1. The Plaintiff spoke with the Judge Davidson's administrator who agreed to allow until December 6, 2016 to file this his response.

2. The Plaintiff has filed under separate cover a Motion for Additional Time to Serve the Defendants.

3. The Plaintiff was not attempting to delay service but is awaiting an Order from a pending State Court action that may resolve the entire dispute or require the Complaint to be amended to seek full relief.

4. Thus, the Plaintiff has good cause for not serving the Complaint within the ninety (90) days required by Rule 4 and would request ninety (90) additional days for the state court ruling which is expected during this timeframe. Plaintiff has requested same in a separate motion filed simultaneously.

5. Due to the straight forward nature of this motion, I am requesting the requirement of a Memorandum Brief be Waived.

6. Due to the straight forward nature of this motion, I am requesting the requirement of a Memorandum Brief be Waived.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests that the Court grant additional time as requested in a separate motion to serve the Complaint or in the alternative, enter a dismissal without prejudice pursuant to Rule 4(m).

Respectfully submitted, this the 6th day of December , 2016.

                                        Respectfully submitted,

                                        MEC, INC. d/b/a THE PONY

                                        /s/*Jeffrey J. Hosford*_____
                                            Jeffrey J. Hosford

OF COUNSEL:

Jeffrey J. Hosford (MB #100788)
HOSFORD LAW FIRM, PLLC
115-A S. Lafayette Street
Starkville, MS 39759
Telephone: (662) 323-0084
Fax: (662) 323-5560
jeffhosford@gmail.com